# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0544

_____

ANTHONY HANDLER and UWP,
LLC,

    Appellants,

    v.

DOUGLAS UNDERHILL,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

December 31, 2025

PER CURIAM.

Although the trial court applied an incorrect standard, we affirm under de novo review. *701 Palafox, LLC v. Scuba Shack, Inc.*, 367 So. 3d 624, 627 (Fla. 1st DCA 2023).

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark C. Rutecki of Mark Rutecki & Associates, P.A., Celebration, for Appellants.

Dennis D. Green, Jr., Pensacola, for Appellee.